UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 18901
  ROMMEL C SOTELO
  RAZEL SOTELO                                CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-6238     SSN XXX-XX-3476

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/11/05 and confirmed on 08/11/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  46951.98 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 575.00 | 66.03 | 575.00 |
| WORLD FINANCIAL NETWORK | SECURED | 1200.00 | 137.77 | 1200.00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 15050.00 | 2324.25 | 15050.00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 17325.00 | 2675.59 | 17325.00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | 5688.14 | .00 | 714.13 |
| WORLD FINANCIAL NETWORK | UNSECURED | 205.83 | .00 | 25.84 |
| B LINE LLC | UNSECURED | 854.72 | .00 | 107.31 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3574.57 | .00 | 448.78 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 538.01 | .00 | 67.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 471.80 | .00 | 59.23 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 745.36 | .00 | 93.58 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 775.04 | .00 | 97.30 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 407.28 | .00 | 51.13 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1907.41 | .00 | 239.47 |
| SHORT TERM LOAN | UNSECURED | 458.85 | .00 | 57.61 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD FINANCIAL NETWORK | UNSECURED | 393.63 | .00 | 49.42 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 221.95 | .00 | 27.87 |
| AMERICAN GENERAL FINANCE | UNSECURED | 454.91 | .00 | 57.11 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 1431.97 | .00 | 179.78 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 4006.55 | .00 | 503.01 |
| HSBC MORTGAGE CORP | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 376.62 | .00 | 47.28 |

```
WORLD FINANCIAL NETWORK   UNSECURED          1375.96              .00        172.75
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  34150.00          .00    23888.60          .00     58038.60
PRINCIPAL PAID      34150.00          .00     2999.15          .00     37149.15
INTEREST PAID        5203.64          .00          .00          .00      5203.64
TOTAL PAID          39353.64          .00     2999.15          .00     42352.79
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   1897.21 .

Refunds to the Debtor totaled $   1001.98 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```